| | | | |
|---|---|---|---|
| State v. Button | 111,379 | Denied ............ 09/14/2015 | Unpublished |
| State v. Cabrera | 110,592 | Denied ............ 07/21/2015 | Unpublished |
| State v. Carpenter | 111,029 | Denied ............ 08/13/2015 | Unpublished |
| State v. Carson | 111,180 | Denied ............ 07/24/2015 | Unpublished |
| State v. Casey | 109,172 | Denied ............ 07/24/2015 | Unpublished |
| State v. Cato-Perry | 104,870 | Denied ............ 08/20/2015 | 50 Kan. App. 2d 623 |
| State v. Cay | 110,358 | Denied ............ 07/27/2015 | Unpublished |
| State v. Chambers | 111,390 | Denied ............ 09/14/2015 | Unpublished |
| State v. Christopher | 109,710 | Denied ............ 10/09/2015 | Unpublished |
| State v. Cisneros | 110,959 | Denied ............ 09/14/2015 | Unpublished |
| State v. Clark | 110,881 | Denied ............ 07/22/2015 | Unpublished |
| State v. Clayter | 109,590 | Denied ............ 09/14/2015 | Unpublished |
| State v. Cline | 108,251 | Denied ............ 08/20/2015 | Unpublished |
| State v. Coates | 110,603 | Denied ............ 08/04/2015 | Unpublished |
| State v. Cochran | 110,019 | Denied ............ 07/22/2015 | Unpublished |
| State v. Coleman | 110,430 | Denied ............ 07/24/2015 | Unpublished |
| State v. Collier | 109,529 | Denied ............ 08/20/2015 | Unpublished |
| State v. Combs | 109,728 | Denied ............ 07/21/2015 | Unpublished |
| State v. Cooksey | 111,167 | Denied ............ 08/20/2015 | Unpublished |
| State v. Cooper | 109,996 | Denied ............ 07/21/2015 | Unpublished |
| State v. Copenhaver | 107,632 | Denied ............ 10/07/2015 | Unpublished |
| State v. Corey | 110,149 | Granted ............ 06/30/2015 | Unpublished |
| State v. Coronado | 110,193 | Denied ............ 07/21/2015 | Unpublished |
| State v. Cotton | 109,934 | Denied ............ 08/18/2015 | Unpublished |
| State v. Covington | 110,022 | Denied ............ 07/21/2015 | Unpublished |
| State v. Cox | 109,986 | Denied ............ 07/24/2015 | Unpublished |
| State v. Craig | 110,707 | Denied ............ 08/04/2015 | Unpublished |
| State v. Crawford | 110,084 | Denied ............ 07/27/2015 | Unpublished |
| State v. Croft | 105,597 | Denied ............ 06/29/2015 | Unpublished |
| State v. Crossett | 109,503 | Denied ............ 08/20/2015 | 50 Kan. App. 2d 788 |
| State v. Dangerfield | 110,369 | Denied ............ 08/20/2015 | Unpublished |
| State v. Daniels | 110,840 | Denied ............ 07/21/2015 | Unpublished |
| State v. Darrow | 109,397 | Granted ............ 06/29/2015 | Unpublished |
| State v. Davis | 109,290 | Denied ............ 08/04/2015 | Unpublished |
| State v. Davis | 109,750 | Denied ............ 08/20/2015 | Unpublished |
| State v. Davis | 111,748 | Denied ............ 09/14/2015 | Unpublished |
| State v. Davis | 109,871 | Denied ............ 08/20/2015 | Unpublished |
| State v. Davis | 110,674 | Denied ............ 07/21/2015 | Unpublished |
| State v. Davis | 110,732 110,733 | Denied ............ 07/22/2015 | Unpublished |
| State v. Denney | 110,336 110,366 | Denied ............ 08/20/2015 | Unpublished |